Jay C Paul, Attorney at Law, P.L.L.C.
5842 B Allin Road
Prince George, VA 23875

# Invoice

| Date | Invoice # |
|---|---|
| 2/29/2020 | 737 |

| Bill To |
|---|
| Cheryl Payne<br>7610 Courthouse Road<br>Prince George, VA  23875 |

| Due Date |
|---|
| 2/29/2020 |

| Date | Item | Service Performed | Rate | Amount |
|---|---|---|---|---|
| 2/5/2020 | Domestic | Reviewed Atty Goff's Motion to stay and reopen. | 300.00 | 90.00 |
| 2/27/2020 | Domestic | Spoke with Atty. James Wilson re bankruptcy case (no charge). | 0.00 | 0.00 |

Telephone (804) 668-5327

| | |
|---|---|
| **Total** | $90.00 |
| **Payments/Credits** | -$90.00 |
| **Balance Due** | $0.00 |